# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SAMUEL, | CASE NO. CV-F-01-5512 OWW SMS P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| STEVE CAMBRIA, et al., | [Doc. 2] |
| Defendants. | |

Plaintiff Harold Samuel ("plaintiff") is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $150.00 for this action.[1] An initial partial filing fee of $1.95 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $150.00. 28 U.S.C. § 1914(a).

1

be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.
2. Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. Plaintiff is assessed an initial partial filing fee of $1.95. All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

DATED: 8/17/01

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

2

```
                 United States District Court
                             for the
                   Eastern District of California
                         August 20, 2001
```

```
                    * * CERTIFICATE OF SERVICE * *


                                       1:01-cv-05512


    Samuel

         v.

    Cambria
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 20, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Harold Samuel                        SMS P
        H-06138
        CSP-3
        Corcoran State Prison
        PO Box 5244
        Corcoran, CA   93212

        James M Humes
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-3664
```

```
                                     Jack L. Wagner, Clerk

                                     BY: W. Henman
                                         Deputy Clerk
```